# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0038. CHRISTOPHER LEE INGRAM v. STATE OF GEORGIA.**

Christopher Lee Ingram was charged with aggravated stalking and was granted pre-trial bond. The trial court entered an order revoking Ingram's bond on August 20, 2021, and a certificate of immediate review on August 31, 2021. Ingram seeks interlocutory review of the trial court's order. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement, see *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974), and if the certificate of immediate review is not entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the certificate of immediate review was entered 11 days after entry of the order on appeal. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/28/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.